IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY EILTS,<br><br>                         Plaintiff,<br><br>v.<br><br>MENARD, INC. and DANIEL DOUGLAS,<br><br>                        Defendants. | Case No. 2:21-cv-02066-CSB-EIL<br><br>Honorable Colin S. Bruce |

### **MENARD, INC.'S *PROPOSED VOIR DIRE* QUESTIONS**

1. Is there anyone who believes that he or she would be unable to send the plaintiff home without an award, if the plaintiff fails to prove each element of her case, even if she may have sustained an injury at Menards?

DATED: May 31, 2024

Respectfully submitted,

**MENARD, INC.**

By: */s/ Joseph S. Davidson*

W. Anthony Andrews
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com

1