## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROY EILTS, | ) |
|         Plaintiff, | ) |
| v. | )    Case No.: 2:21-cv-02066 |
| MENARD, INC. | ) |
|         Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENTION OF TIME**

NOW COMES the Plaintiff, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, and moves that the Court enter an order extending the deadline for Plaintiff's Post-Trial Brief by 30 days, making this response due on or before May 14, 2025. In support thereof, Plaintiff states as follows:

1. This case proceeded to a bench trial in late June, 2024. Under the Court's June 25, 2024, minute order, Plaintiff was to file his Post-Trial Brief 60 days from the filing of the trial transcript.

2. The transcript was filed on February 13, 2025 (Documents 70, 71, and 72), making Plaintiff's brief due on April 14, 2025.

3. Plaintiff's counsel's law firm is currently trying a medical malpractice jury trial in the Circuit Court of Cook County, Illinois, that began on April 1, 2025, and is expected to continue through this week.

4. Prior to the current trial, Plaintiff's counsel's law firm participated in a premises liability bench trial in the Northern District of Illinois which proceeded from March 17-21, 2025. Before that, the firm also tried a Section 1983 class action in the Northern District of Illinois from January 14-24, which expended significant attorney and staff time.

5. The firm has otherwise had a significant amount of deadlines that happened to coalesce at the same time over the last two months, preventing the completion of the Post-Trial Brief.

6. Plaintiff's counsel consulted with Defendant's counsel and Defendant's counsel stated they have no objection to the 30-day extension requested in this Motion.

7. No prior extensions have been requested.

8. For the foregoing reasons, there is good cause justifying a 30-day extension of the deadline for Plaintiff to file the Post-Trial Brief.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter an Order extending Plaintiff's deadline to file the Post-Trial Brief, requiring the brief be filed on or before May 14, 2025.

Respectfully Submitted,

O'CONNOR LAW FIRM, LTD.

*/s/ Jeffrey D. Naffziger*
Jeffrey D. Naffziger

Kevin W. O'Connor (Atty. No. 6216627)
Jeffrey D. Naffziger (Atty. No.: 6275581)
O'CONNOR LAW FIRM, LTD.
100 South Wacker Drive, Suite 350
Chicago, Illinois 60606
P: (312) 906-7609
F: (312) 263-1913
koconnor@koconnorlaw.com
jnaffziger@koconnorlaw.com
firm@koconnorlaw.com